```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

         –v–

Yury Mosha, *et al.*,

         Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Following today's bail hearing, Chambers received a voicemail message from a third party. The Court is providing a copy of the voicemail to counsel for the Government and the Defendants, and a transcription will be filed under seal. The Court will take no further action related to the voicemail unless an application is made by the parties.

    SO ORDERED.

Dated: March 23, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge