| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | FIRM and AFFILIATE OFFICES | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

July 27, 2021

<u>VIA ECF</u>

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: <u>United States v. Kateryna Lysyuchenko, Case No. 1:21-cr-00092-AJN</u>

Dear Judge Nathan:

  I write to request permission to staff one of my associates, Sarah Fehm Stewart, on this case to bill for her time and to put in an appearance on Ms. Lysyuchenko's behalf. Ms. Stewart has been assisting me on this case since March 31, 2021. Ms. Stewart is a senior associate with significant trial experience and I expect that her involvement will substantially assist me in providing the best defense to Ms. Lysyuchenko in the most cost-effective manner. Thank Your Honor for your time and consideration. For the Court's convenience, I have included a "So Ordered" line below should the Court grant this request.

             Respectfully submitted,

             */s/ Eric R. Breslin*

             Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED** _____
       Honorable Alison J. Nathan, U.S.D.J.

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800  PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429