

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | *FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL  ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE<br>OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 914: 14243

July 27, 2021

<u>VIA ECF</u>

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Kateryna Lysyuchenko, Case No. 1:21-cr-00092-AJN</u>

Dear Judge Nathan:

    I write to request permission to staff one of my associates, Sarah Fehm Stewart, on this case to bill for her time and to put in an appearance on Ms. Lysyuchenko's behalf. Ms. Stewart has been assisting me on this case since March 31, 2021. Ms. Stewart is a senior associate with significant trial experience and I expect that her involvement will substantially assist me in providing the best defense to Ms. Lysyuchenko in the most cost-effective manner. Thank Your Honor for your time and consideration. For the Court's convenience, I have included a "So Ordered" line below should the Court grant this request.

                              Respectfully submitted,

                              */s/ Eric R. Breslin*

                              Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

                                                    7/28/2021

**SO ORDERED**  _____
                              Honorable Alison J. Nathan, U.S.D.J.