UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021

United States of America,

–v–

Yury Mosha, *et al.*,

Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 12, 2021, the Court set a trial date in this matter for June 13, 2022. Dkt. No. 39. If the District is still using a centralized calendaring process for trial scheduling at that time, the Court will request this trial date and will inform the parties once the trial date is confirmed. Otherwise, trial will proceed on June 13, 2022.

In light of this trial date, it is hereby ORDERED that the parties shall appear for a final pretrial conference on June 6, 2022 at 2:00 p.m., in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

IT IS FURTHER ORDERED that on or before May 23, 2023, the parties shall submit: (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during voir dire; (2) any voir dire requests; and (3) any requests to charge. With respect to requests to charge, the parties shall indicate whether the request is made jointly and, if not, whether a party objects to a particular request. Any party objecting to a request shall indicate the legal basis for their objection.

IT IS FURTHER ORDERED that any 404(b) motions and motions in limine shall be filed by May 4, 2022. Opposition papers, if any, shall be filed by May 18, 2022 and replies, if

any, shall be filed by May 25, 2022.

    IT IS FINALLY ORDERED that the parties shall promptly inform the Court if they determine that the case can be resolved by pretrial disposition so that the Court can make the required arrangements.

SO ORDERED.

Dated: July 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge