| |  | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

August 16, 2021

<u>VIA ECF</u>

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Kateryna Lysyuchenko, Case No. 1:21-cr-00092-AJN</u>

Dear Judge Nathan:

      We are the attorneys for Kateryna Lysyuchenko. We write to request permission to submit interim CJA vouchers in connection with Ms. Lysyuchenko's representation. My associate, Sarah Fehm Stewart, and I have already incurred meaningful attorney fees in connection with our work to review a substantial number of documents produced by the government.

      It would be extremely helpful if we could be allowed to submit interim CJA vouchers when the accrued amount is greater than Five Thousand Dollars ($5,000), in accordance with the CJA eVoucher Attorney's Manual.

      Thank you for Your Honor's consideration.

                                                            Respectfully submitted,

                                                            /s/ *Eric R. Breslin*

                                                            Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                  GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800        PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429



**SO ORDERED**  _____
　　　　　　　　　Honorable Alison J. Nathan, U.S.D.J.