UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/21
```

United States of America,

–v–

Kateryna Lysyuchenko, et al.,

Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 7, 2021, counsel for Defendant Kateryna Lysyuchenko, who is not in the United States and not yet appeared in the case, filed a letter requesting that the Court clarify whether pre-trial deadlines set for Ms. Lysyuchenko's codefendants also apply to her. Dkt. No. 103. By September 10, 2021, the Government shall file a letter expressing its views on the applicability of any pre-trial deadlines to Ms. Lysyuchenko.

SO ORDERED.

Dated: September 7, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge