Case 1:21-cr-00092-AJN   Document 109   Filed 09/22/21   Page 1 of 1




USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/21

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

September 21, 2021

**VIA ELCTRONIC FILING**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    US v. Mosha, et al. 21 Cr. 92 (AJN)

Dear Judge Nathan:

    Our office received a notice from ECF regarding an order (Docket No. 100), entered on September 2nd, 2021.  The order advised all counsel that the court received communication regarding defendant, Mosha, and the court would transmit a copy to counsel for defendants and the government. I do not believe our office, to date, has received a copy of the aforementioned communication. Please advise as to the status of the communication.

> The Court will transmit a copy of the sealed communication to all parties shortly.
>
> SO ORDERED.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

CC: All

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.      9/22/21

147 PRINCE STREET, 4TH FLOOR, BROOKLYN, NEW YORK 11201