UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kateryna Lysyuchenko, et al.,

Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government on October 19, 2021, filed a letter in opposition to Defendant's motion to use discovery in her extradition proceedings in Italy. Dkt. No. 118. Defendant shall file a reply by October 27, 2021.

SO ORDERED.

Dated: October 20, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge