UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2021
```

United States of America,

—v—

Kateryna Lysyuchenko, et al.,

Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defendant Kateryna Lysyuchenko on October 8, 2021, filed a motion to use in her extradition proceedings in Italy discovery voluntarily obtained from the Government.  Dkt. No. 112.  That motion has been fully briefed.  Dkt. Nos. 118, 124.

For substantially the reasons stated in the Government's opposition, Dkt. No. 118, the Court DENIES Ms. Lysyuchenko's motion.

This resolves docket number 112.

SO ORDERED.

Dated: October 28, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge