```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Yury Mosha et al.,

                Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       On March 9, 2021, the Court set June 13, 2022, as the date trial in this matter would commence. The Court is required to submit a jury request for any 2022 second quarter trials by February 15, 2022, pursuant to the Southern District of New York's Protocol for Scheduling Cases for Trial that was implemented as a result of the COVID-19 pandemic. The parties are hereby ORDERED to submit a joint letter by **February 1, 2022**, confirming that they are prepared to go forward with trial on June 13, 2022.

       SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                              ALISON J. NATHAN
                                         United States District Judge