UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/4/22
```

United States of America,

–v–

Yury Mosha et al.,

Defendants.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Defendant Julia Greenberg's pretrial motion filed October 15, 2021.  Dkt. No. 114.  In the accompanying briefing, the parties discuss the contents of Greenberg's recorded interview with law enforcement agents immediately subsequent to her arrest.  *See, e.g.*, Dkt. No. 115 at 68–72; Dkt. No. 126 at 48–50.  The Court understands that the "full audio recording has been produced in discovery," but the Court has not received a copy of it.  Dkt. No. 48 n.11.  The Government is hereby ORDERED to produce a copy of the recording on a flash drive to the Court by February 8, 2022.  *See United States v. Cobb*, No. 1:19-CR-00155 (EAW), --- F. Supp. 3d ---, 2021 WL 2493240, at *15 (W.D.N.Y. June 18, 2021).

      SO ORDERED.

Dated: February 4, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge