

| | |
|---|---|
| Telephone | 1.718.766.5153 |
| Facsimile | 1.718.504.3599 |
| Email | ckaser@sharovalaw.com |

YELENA SHAROVA, ESQ. *+

STEVEN GARFINKLE ESQ. *+

CHARLES KASER ESQ. *

NANI KIM ESQ. *

CHARLES MARINO ESQ. *

PARALEGALS:

FRANKLIN DAVIS JR

ALVIN KORSUNSKIY

CELINA QUEVEDO

SARAH ROSEN

DEBORAH RUNG

MABEL SANTANA

HANNA SKARULIS

May 5th, 2022

**VIA ELCTRONIC FILING**
Judge Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: US v. Greenberg 21 Cr. 92 (AJN)

Dear Judge Oetken:

Counsel for Julia Greenberg submits this letter motion to join defendant's Aleksei Kmit's letter motion filed on May 4, 2022 (ECF No.: 145) to modify the Protective Order entered into between the Government and all defense counsel to permit me to share discovery material marked sensitive directly with Ms. Greenberg via electronic means.

As stated in Defendant Kmit's letter "the protective Order precludes defendants from viewing discovery designated as sensitive discovery materials outside the presence of counsel". This language in the Protective precludes the defendant from effectively preparing and planning her defense, and causing undue hardship on both the defendant and counsel. It also important to note that almost half of the discovery folders produced and which are still being produced are marked as "sensitive".

Ms. Greenberg and counsel are both located in two different counties making it difficult for them the meet and review the discovery together. Counsel is also working completely remotely at this time due to Covid-19. Additionally, the discovery is quite voluminous making it impossible to be able to do this in one sitting and require multiple meetings. (Including 2.37 terabytes of discovery which received by my office last week.)

I request that the court modify the Protective Order allowing counsel to send all material marked sensitive to Ms. Greenberg with the restrictions precluding her from sharing the information with any third party.

Respectfully Submitted,<br>
Charles Kaser<br>
Attorney for the Defendant<br>
By: /s/ *Charles Kaser*

CC: All Parties (via ECF)

> Defendant's request for a modification of the protected order is denied. However, the Court clarifies that the protective order permits counsel to play the Confidential Informants' recordings while a defendant participates by phone or videoconference, provided that the defendant does not record, reproduce, or grant unauthorized access to the recordings.
> So ordered:  5/12/2022

J. PAUL OETKEN
United States District Judge